```
 1  TRACY L. WILKISON
    Acting United States Attorney
 2  DAVID M. HARRIS
    Assistant United States Attorney
 3  Chief, Civil Division
    ABRAHAM C. MELTZER
 4  Assistant United States Attorney
    Chief, Civil Fraud Section
 5  LISA A. PALOMBO
    Assistant United States Attorney
 6  California State Bar No. 169119
         Room 7516, Federal Building
 7       300 North Los Angeles Street
         Los Angeles, California 90012
 8       Telephone: (213) 894-4042
         Facsimile: (213) 894-2380
 9       E-mail: Lisa.Palombo@usdoj.gov
10  Attorneys for the
    United States of America
```

FILED
CLERK, U.S. DISTRICT COURT
9/17/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* [**UNDER SEAL**],<br><br>    Plaintiff-Relator[s],<br><br>STATE OF CALIFORNIA,<br><br>    Plaintiffs,<br><br>    v.<br><br>[**UNDER SEAL**],<br><br>    Defendant[s]. | No. CV 20-01074 MCS (PVCx)<br><br>NOTICE OF ELECTION BY THE UNITED STATES AND CALIFORNIA TO DECLINE INTERVENTION AND STIPULATION RE UNSEALING OF CASE<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER] |

1  TRACY L. WILKISON
   Acting United States Attorney
2  DAVID M. HARRIS
   Assistant United States Attorney
3  Chief, Civil Division
   ABRAHAM C. MELTZER
4  Assistant United States Attorney
   Chief, Civil Fraud Section
5  LISA A. PALOMBO
   Assistant United States Attorney
6  California State Bar No. 169119
        Room 7516, Federal Building
7       300 North Los Angeles Street
        Los Angeles, California 90012
8       Telephone: (213) 894-4042
        Facsimile: (213) 894-2380
9       E-mail: Lisa.Palombo@usdoj.gov

10 Attorneys for the
   United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JOSEPH MONTOYA,<br><br>Plaintiff-Relator,<br><br>STATE OF CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>MOLINA HEALTHCARE, INC.; and MOLINA HEALTHCARE OF CALIFORNIA, INC.<br><br>Defendants. | No. CV 20-01074 MCS (PVCx)<br><br>NOTICE OF ELECTION BY THE UNITED STATES AND CALIFORNIA TO DECLINE INTERVENTION AND STIPULATION RE UNSEALING OF CASE<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER] |

Pursuant to the federal False Claims Act, 31 U.S.C. § 3730(b)(4)(B) and the California False Claims Act, Cal. Gov. Code § 12652(c)(6), the United States of America ("United States") and the State of California ("California") (together, the "Governments") notify the Court of their decision not to intervene in the above-captioned action ("this action").

Although the Governments decline to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the qui tam plaintiff Joseph Montoya (the "relator") to maintain this action in the name of the United States, provided, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id.  The United States Court of Appeals for the Ninth Circuit has held that, notwithstanding this language, the United States has the right only to a hearing when it objects to a settlement or dismissal of the action.  U.S. ex rel. Green v. Northrop Corp., 59 F.3d 953, 959 (9th Cir. 1995); U.S. ex rel. Killingsworth v. Northrop Corp., 25 F.3d 715, 723-25 (9th Cir. 1994).  Therefore, the Governments request that, should either the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the parties provide the Governments with notice of the same, and the Court provide the Governments with an opportunity to be heard before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3) and Cal. Gov. Code § 12652(f)(1), the Governments request that all pleadings filed in this action be served upon the Governments; the Governments also request that orders issued by the Court in this action be sent to the Governments' counsel.  The Governments reserve their right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of this action or any claims therein.  The Governments also request that they be served with all notices of appeal in this action.

Finally, the United States, California, and the relator stipulate that the relator's Complaint, this Notice, and the accompanying proposed Order should be unsealed.  The United States, California, and the relator further stipulate that all other papers filed or

lodged to date in this action should remain permanently under seal because such papers were provided by law to the Court alone for the sole purpose of discussing the content and extent of the Governments' investigation, and, thereby, evaluating whether the seal and time for making an election to intervene should be extended.

      A proposed order is lodged concurrently herewith.

Respectfully submitted,

Dated: September 15, 2021

O'NEIL, CANNON, HOLLMAN, DEJONG & LAINGS S.C.
DOUGLAS P. DEHLER
CHRISTOPHER B. KEELER

MAHANYLAW
TIMOTHY GRANITZ

NELSON & FRAENKEL LLP
GRETCHEN M. NELSON

*Gabriel Barenfeld*
GABRIEL BARENFELD
Attorneys for Relator Joseph Montoya

Dated: September 15, 2021

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
ABRAHAM C. MELTZER
Assistant United States Attorney
Chief, Civil Fraud Section

LISA A. PALOMBO
Assistant United States Attorney
Attorneys for the
United States of America

2

1  Dated: September 17, 2021        ROB BONTA
2                                    Attorney General of the State of California
3                                    *Kevin Davis*
4                                    KEVIN DAVIS
                                     Deputy Attorney General
5                                    Attorneys for the State of California

3

**PROOF OF SERVICE BY E-MAIL**

I am over the age of 18 and not a party to the above-captioned action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On **September 17, 2021**, I served the NOTICE OF ELECTION BY THE UNITED STATES AND CALIFORNIA TO DECLINE INTERVENTION AND STIPULATION RE UNSEALING OF CASE on each person or entity named below by e-mail.

Date of e-mailing: **September 17, 2021**. Place of e-mailing: Los Angeles, California.

Person(s) and/or Entity(s) to whom mailed:

DOUGLAS P. DEHLER
(doug.dehler@wilaw.com)
O'Neil, Cannon, Hollman,
DeJong & Laing S.C.
111 E. Wisconsin Avenue,
Suite 1400
Milwaukee, WI 53202

KEVIN DAVIS
Deputy Attorney General
(Kevin.Davis@doj.ca.gov)
CALIFORNIA DEPT. OF JUSTICE
Office of the Attorney General
1455 Frazee Road, Ste. 315
San Diego, CA 92108

TIM GRANTZ
(tgranitz@mahanylaw.com)
Mahany Law
8112 West Bluemound Rd.
Suite 101
Milwaukee, WI 53213

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 17, 2021**, at Los Angeles, California.

_/s/ Carol M. Ybarra_
CAROL M. YBARRA