Notice has been delivered by First Class U.S. Mail to all counsel (or parties) at their last known address of record in this action on this date

Date: Sep 17 2021, 1:43 pm

| | |
|---|---|
| 1 | TRACY L. WILKISON |
| | Acting United States Attorney |
| 2 | DAVID M. HARRIS |
| | Assistant United States Attorney |
| 3 | Chief, Civil Division |
| | ABRAHAM C. MELTZER |
| 4 | Assistant United States Attorney |
| | Chief, Civil Fraud Section |
| 5 | LISA A. PALOMBO |
| | Assistant United States Attorney |
| 6 | California State Bar No. 169119 |

        Room 7516, Federal Building
        300 North Los Angeles Street
        Los Angeles, California 90012
        Telephone: (213) 894-4042
        Facsimile: (213) 894-2380
        E-mail: Lisa.Palombo@usdoj.gov

Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* [**UNDER SEAL**], | No. CV 20-01074 MCS (PVCx) |
| Plaintiff-Relator[s], | ORDER RE ELECTION BY THE UNITED STATES AND CALIFORNIA TO DECLINE INTERVENTION AND UNSEALING OF CASE |
| STATE OF CALIFORNIA, | |
| Plaintiffs, | **[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]** |
| v. | |
| [**UNDER SEAL**], | [FILED CONCURRENTLY UNDER SEAL: NOTICE OF ELECTION BY THE UNITED STATES AND CALIFORNIA TO DECLINE INTERVENTION AND STIPULATION RE UNSEALING OF CASE] |
| Defendant[s]. | |

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
ABRAHAM C. MELTZER
Assistant United States Attorney
Chief, Civil Fraud Section
LISA A. PALOMBO
Assistant United States Attorney
California State Bar No. 169119
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-4042
    Facsimile: (213) 894-2380
    E-mail: Lisa.Palombo@usdoj.gov

Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JOSEPH MONTOYA,<br><br>Plaintiff-Relator,<br><br>STATE OF CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>MOLINA HEALTHCARE, INC.; and MOLINA HEALTHCARE OF CALIFORNIA, INC.<br><br>Defendants. | No. CV 20-01074 MCS (PVCx)<br><br>ORDER RE ELECTION BY THE UNITED STATES AND CALIFORNIA TO DECLINE INTERVENTION AND UNSEALING OF CASE<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[FILED CONCURRENTLY UNDER SEAL: NOTICE OF ELECTION BY THE UNITED STATES AND CALIFORNIA TO DECLINE INTERVENTION AND STIPULATION RE UNSEALING OF CASE] |

2

The United States of America ("United States") and the State of California ("California") having declined to intervene in the above-captioned action ("this action") pursuant to 31 U.S.C. § 3730(b)(4)(B) and Cal. Gov. Code § 12652(c)(6), and the United States, California, and qui tam plaintiff Joseph Montoya (the "relator") having stipulated to the unsealing of the case with certain exceptions, the Court now orders as follows:

IT IS ORDERED that:

1. The seal is lifted from this action in all respects, except as specified in Paragraph 3 below.  The Complaint is unsealed and the relator shall serve it upon the defendants;

2. This Order and the Notice of Election by the United States and California to Decline Intervention and Stipulation Re Unsealing of Case are both unsealed, and the relator shall serve both upon the defendants with the Complaint;

3. All other contents of the Court's file in this action, filed and lodged to date, shall remain permanently under seal and shall not be made public or served upon any defendant or other party or person;

4. The seal is lifted as to all papers and records filed or lodged in this action after the date of this Order;

5. The parties shall serve all pleadings, notices, motions, orders, and other papers hereafter filed or lodged in this action, including supporting memoranda and any notice of appeal, upon the United States and California as provided for in 31 U.S.C. § 3730(c)(3) and Cal. Gov. Code § 12652(f)(1);

6. Should the relators or defendants propose that this action be dismissed, settled, or otherwise discontinued, the parties shall provide the United States and

///
///
///
///
///

California with notice of the same and the Court will provide the United States and California with an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

Dated: September 17, 2021

_____
UNITED STATES DISTRICT JUDGE